# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

SANTA MARIA HOMEOWNERS
ASSOCIATION, INC.

NO. 2025 CW 0225

VERSUS

CLASSIC PROPERTIES
MANAGEMENT CORP. AND SANTA
MARIA INTEREST, LLC

**JUNE 9, 2025**

---

In Re: Classic Properties Management Corp. and Santa Maria Interest, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694794.

---

**BEFORE:** **McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relators' correspondence advising that a settlement of this matter has been finalized and the matter may now be closed.

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT